DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIO ACEVEDO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1040

[July 29, 2021]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 18-000059CF10A.

Julio Acevedo, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***